UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NOS. 21-CV-10305, 21-CV-10722, 21-CV-10723

IN RE ESTATE OF ROBERTA NEWELL et al.,
IN RE ROBERTA G. NEWELL LIVING TRUST, et al., and
IN RE DAVID FELDMAN, et al.

MEMORANDUM & ORDER

August 19, 2021

ZOBEL, S.D.J.

On February 23, 2021, the Estate of Roberta Newell filed its notice of appeal from the Bankruptcy Court's order denying her motion to avoid trustee's judicial lien. (No. 21-cv-10305-RWZ).  On April 29, 2021, the Roberta G. Newell Living Trust and David Feldman joined the appeal.  (Nos. 21-cv-10722, 21-cv-10723).

Under the Federal Rules of Civil Procedure, a court may consolidate actions that "involve a common question of law or fact." Fed. R. Civ. P. 42(a).  "In deciding whether to consolidate, '[t]he threshold issue is whether the two proceedings involve a common party and common issues of fact or law.  Once this determination is made, the trial court has broad discretion in weighing the costs and benefits of consolidation to decide whether that procedure is appropriate.'" Messere v. Spencer, No. 11-cv-11705, 2013 U.S. Dist. LEXIS 48934, at *4–5 (D. Mass. Mar. 29, 2013) (quoting Seguro de Servicio de Salud de P.R. v. McAuto Sys. Grp., Inc., 878 F.2d 5, 8 (1st Cir. 1989)).  "When weighing the costs and benefits of consolidation, it is appropriate to consider 'the convenience or inconvenience to the parties, the judicial economy, the savings in time,

effort or expense and any confusion, delay or prejudice that might result from consolidation.'" Id. at *5 (quoting Cruickshank v. Clean Seas Co., 402 F. Supp. 2d 328, 341 (D. Mass. 2005)).

The three proceedings involve common parties and a common issue of law. Consolidation will result in judicial economy, convenience to the parties, and the avoidance of confusion in maintaining three separate dockets for related matters. See In re Mergenthaler, No. 15-cv-02031, 2015 WL 13227954, at *5 (E.D.N.Y. Apr. 29, 2015) (consolidating bankruptcy appeals sua sponte where the same parties and issues were involved).

The court therefore consolidates the three cases for all purposes under the lead caption of In Re. Roberta Newell, Estate of et al, No. 21-cv-10305-RWZ. All future pleadings and submissions in all three cases shall be filed under the lead case number, 21-cv-10305-RWZ.

   August 19, 2021  
        DATE

/s/ Rya W. Zobel  
RYA W. ZOBEL  
UNITED STATES DISTRICT JUDGE

2